NUMBER 13-05-635-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

EMMA NUNEZ, ET AL.,                                            Appellants,

 

                                           v.

 

A. W.
CHESTERTON COMPANY, ET AL.,                     Appellees.

__________________________________________________________________

 

                  On appeal from the 319th
District Court

                           of Nueces
County, Texas.

__________________________________________________________________

 

                     MEMORANDUM OPINION

 

                    Before Justices Rodriguez, Castillo,
and Garza

                             Memorandum Opinion Per Curiam

 

Appellants, EMMA NUNEZ, ET AL., attempted to perfect an appeal from an order
entered by the 319th District Court of Nueces
County, Texas, in cause no. 05-4605-G.  The clerk=s record was received on March 14,
2006.  








A review of the clerk=s record in this cause
fails to  affirmatively reflect that this
Court has jurisdiction over this appeal. 
It appears that several parties have filed suggestions of bankruptcy; however,
the record fails to reflect that any bankruptcy stay has been lifted or the
case otherwise remanded to the trial court. 
Further, it does not appear that the notice of appeal was filed in the
correct cause number.  Pursuant to Tex. R. App. P. 42.3, notice of these
defects was given so that steps could be taken to correct the defects, if it
could be done.  Appellants were advised
that, if the defects were not corrected within ten days from the date of
receipt of this notice, the appeal would be dismissed for want of jurisdiction.  Appellants failed to file a response as requested
by this Court=s notice. 

The Court, having
considered the documents on file and appellants= failure to respond to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 8th  day of June, 2006.